*Perrin C. Hamilton*, with him *Robert C. Hourigan*, for appellant.

*S. Keene Mitchell, Jr.*, with him *Bedford, Waller, Griffith, Darling & Mitchell*, for appellee.

OPINION PER CURIAM, September 26, 1967:
Decree affirmed, each party to pay own costs.
Mr. Justice MUSMANNO dissents.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.

## Satterthwaite, Appellant, *v.* Sarkees.

Argued January 13, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert A. Webster*, for appellant.

*Thomas J. Reilly,* with him *Reilly, Pearce & Lynch,* for appellee.

OPINION PER CURIAM, September 26, 1967:
Decree affirmed. Each party to pay own costs.

## Luria's Marlton, Inc., Appellant, *v.* Kingsway Associates, Inc.

Argued May 1, 1967. Before BELL, C. J., JONES, EAGEN, O'BRIEN. and ROBERTS, JJ.

*Michael H. Egnal,* with him *Egnal & Simons,* for appellant.

*Norman C. Henss,* with him *Cohen, Shapiro, Berger, Polisher and Cohen,* for appellee.

OPINION PER CURIAM, September 26, 1967:
Order affirmed.

Mr. Justice MUSMANNO and Mr. Justice COHEN took no part in the consideration or decision of this case.